STATE OF CONNECTICUT *v.* HELEN SMITH WILSON,
ADMINISTRATRIX (ESTATE OF WILLIAM SMITH)
(5529)

SPALLONE, BIELUCH and STOUGHTON, Js.

Argued December 16, 1987—decision released January 5, 1988

*Marc Ford Greene,* with whom, on the brief, was
*F. Woodward Lewis, Jr.,* for the appellant (defendant).

*Patricia M. Strong,* assistant attorney general, with
whom, on the brief, was *Joseph I. Lieberman,* attor-
ney general, for the appellee (state).

PER CURIAM. The defendant administratrix of the
estate of William Smith appeals from the judgment of
the trial court dismissing her counterclaim.

Our study of the record, transcripts and briefs, along
with our review of applicable law, fails to disclose that
the trial court abused its discretion in concluding that
the defendant's counterclaim presented substantially
different issues of fact and law. Nor does our study
show that separate trials would require almost no dupli-
cation of effort. See, e.g., *Conservation Commission*
v. *Price,* 193 Conn. 414, 433, 479 A.2d 187 (1984);
*Wallingford* v. *Glen Valley Associates, Inc.,* 190 Conn.
158, 161, 459 A.2d 525 (1983); *Jackson* v. *Conland,* 171
Conn. 161, 166–67, 368 A.2d 3 (1976).

There is no error.